IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) | Case No. CR 04-0257-S-EJL |
| v. | ) ) | ORDER |
| ABELARDO MARQUEZ-BEJAR, | ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY ORDERED that Greg S. Silvey, Esq. shall be appointed by this Court to represent the above-named Defendant in the appeal which is currently pending before the Ninth Circuit Court of Appeals (Docket No. 06-30073).

DATED: **February 21, 2006**.

Honorable Larry M. Boyle
Chief U. S. Magistrate Judge